UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 18252
    PATRICK J FLOREK
    PATRICIA A FLOREK                     CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-8561    SSN XXX-XX-8333
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/08/05 and confirmed on 07/22/05.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 11950.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 6939.45 | .00 | 6939.45 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 3033.75 | .00 | 1367.02 |
| UNIVERSAL HEATING SUPPLI | UNSECURED | 4815.66 | .00 | .00 |
| ILLINOIS DEPT REVENUE | SECURED | 2016.00 | .00 | 908.43 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9114.30 | .00 | .00 |
| 3D DENTAL MANUS BROOKFIE | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 175.00 | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1563.50 | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| JOHNSTONE SUPPLY | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES IN | UNSECURED | 265.07 | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| LIQUIDEBT SYS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 1195.15 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19913.81 | .00 | .00 |
| ILLINOIS BELL TELEPHONE | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

---

```
                        SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     11989.20     19913.81     17128.68         .00      49031.69
PRINCIPAL PAID          9214.90          .00          .00         .00       9214.90
INTEREST PAID               .00          .00          .00         .00           .00
TOTAL PAID              9214.90          .00          .00         .00       9214.90
```
The Debtor's attorney, RICHARD S BASS                  , was allowed $   2700.00
and was paid $     406.00  direct and $   2294.00  through the plan.

The Trustee received $    441.10 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE